Clear Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CORNELL WELLS, JR. Plaintiff,

vs.

NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL. Defendant.

CASE NO. 3:21-cv-01279 _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, __Cornell Wells__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes __X__  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __$1,000__  Net: __(1099 employment)__

Employer: __Assurance__
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7     a.   Business, Profession or              Yes _X_  No ___
8          self employment?
9     b.   Income from stocks, bonds,           Yes ___  No _X_
10         or royalties?
11    c.   Rent payments?                       Yes ___  No _X_
12    d.   Pensions, annuities, or              Yes ___  No _X_
13         life insurance payments?
14    e.   Federal or State welfare payments,   Yes ___  No _X_
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _Independent contracter, licensed life insurance agent_
20 _$1000/mo; commission only based employment_

21 3.   Are you married?                        Yes ___  No _X_
22 Spouse's Full Name: _____N/A_____
23 Spouse's Place of Employment: _____N/A_____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____N/A_____ Net $_____N/A_____
26 4.   a.   List amount you contribute to your spouse's support: $ ___N/A___
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

5. Do you own or are you buying a home? Yes _X_ No ___

Estimated Market Value: $_____ Amount of Mortgage: $__5400__

6. Do you own an automobile? Yes _X_ No ___

Make __Prius__ Year __2013__ Model _____

Is it financed? Yes ___ No _X_ If so, Total due: $_____

Monthly Payment: $ ___0___

7. Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: __Chase checking__

12 _____

Present balance(s): $ __600__

Do you own any cash? Yes ___ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

17 _____

8. What are your monthly expenses?

Rent: $ __5400__ Utilities: __600__

Food: $ __600__ Clothing: __∅__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Chase cc | $ 100 | $ 4000 |
| Best Buy cc | $ | $ 4000 |
| Affirm | $ 212 | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Avant $4000, lightstream, Wayfair $1000

-3-

1 | Houzz $1000

2 | 10. Does the complaint which you are seeking to file raise claims that have been presented in
3 | other lawsuits? Yes ___ No X
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.
6 | _____
7 | _____

8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 | false statement herein may result in the dismissal of my claims.

11 | 1/4/21                         *[signature]*
12 |    DATE                         SIGNATURE OF APPLICANT