ERIC G. YOUNG, ESQ. (SBN 190104)
**YOUNG LAW GROUP**
411 Russell Avenue, Second Floor
Santa Rosa, California 95403
Tel.: 707.527.3637
Fax: 707.289.8059
Email: eyoung@younglawca.com

Attorneys for Plaintiff
CORNELL WELLS, JR.

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation; FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation,<br><br>　　　　　Defendants. | CASE NO.:<br><br>**ORDER ON PLAINTIFF'S APPLICATION TO PROCEED IN FORM PAUPERIS** |

　　　Plaintiff's Application to Proceed in Form Pauperis filed on February 23, 2021 is hereby:

☐ GRANTED

☐ DENIED

Dated:_____                    _____
                                        United States District Court Judge

_____
ORDER ON APPLICATION TO PROCEED IN FORM PAUPERIS - 1