UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,<br><br>    Defendants. | Case No. 21-cv-01279-JSC<br><br>**ORDER RE: PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 5 |

Before the Court is Plaintiff's Application to Proceed In Forma Pauperis. (Dkt. No. 5.) Having considered the application and the complaint, the Court GRANTS Plaintiff's application. The Clerk of Court shall issue the summons. Further, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit, and this order upon the Defendants.

**IT IS SO ORDERED.**

Dated: February 24, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge