

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

February 24, 2021

Eric Gene Young
411 Russell Avenue, Second Floor
Santa Rosa, CA 95403

Subject:  21-cv-01279-JSC
Wells v. National Board of Medical Examiners

      An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

      To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. Please use the bottom portion of this letter to print the current address for each listed defendant.

      You may email a picture or scan of the completed form to jenny_galang@cand.uscourts.gov. As an alternative, you may use the self-addressed postage paid envelope to mail this information to the court.

Sincerely,

Susan Y. Soong, Clerk

by Jenny Galang
Case Systems Administrator
jenny_galang@cand.uscourts.gov

| Name | Address |
|---|---|
| **National Board of Medical Examiners** | 3750 Market Street, Philadelphia, PA 19104-3102 |
| **Federation of State Medical Boards** | 400 Fuller Wiser Road, Euless, TX 76039 |
| | |
| | |

*Rev. 10-20*