1  Maria A. Nugent, Bar No. 306074
   MNugent@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, CA  94105-3204
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Attorneys for Defendant
   National Board of Medical Examiners
6

7  Eric G. Young, Bar No. 190104
   eyoung@younglawca.com
8  YOUNG LAW GROUP
   411 Russell Avenue, Second Floor
9  Santa Rosa, CA  95403
   Telephone: 707.527.3637
10 Facsimile: 707.289.8059

11 Attorneys for Plaintiff
   Cornell Wells, Jr.
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CORNELL WELLS, JR., | Case No. 3:21-cv-01279-JSC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6–1(a)** |
| v. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation; FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation, | |
| | Current Deadline:   April 1, 2021 |
| | New Deadline:      April 9, 2021 |
| Defendant. | |

Pursuant to Civil Local Rule 6–1(a), Plaintiff Cornell Wells, Jr. ("Plaintiff") and Defendant National Board of Medical Examiners ("NBME"), by and through their attorneys of record, hereby stipulate as follows:

1. WHEREAS, Plaintiff filed the Complaint in this action on February 23, 2021 [Dkt. No. 4];

2. WHEREAS, the Complaint was served on NBME on March 11, 2021;

3. WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), NBME's deadline to answer or otherwise respond to the Complaint is April 1, 2021;

4. WHEREAS, the parties have agreed to extend NBME's deadline to answer or otherwise respond to the Complaint to April 9, 2021;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that NBME's deadline to answer or otherwise respond to the Complaint is extended to April 9, 2021.

**IT IS SO STIPULATED.**

DATED: March 31, 2021          **PERKINS COIE LLP**

By:/s/Maria A. Nugent
    Maria A. Nugent

Attorneys for Defendant
National Board of Medical Examiners

DATED: March 31, 2021          **YOUNG LAW GROUP**

By:/s/Eric G. Young[1]
    Eric G. Young

Attorneys for Plaintiff
Cornell Wells, Jr.

---

[1] Pursuant to Local Civil Rule 5-1(i)(3), the counsel for NBME filing this document attests that the counsel for Plaintiffs whose signature appears on this document concurs in the filing of the document.