Maria A. Nugent, Bar No. 306074
MNugent@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR., <br><br>   Plaintiff, <br><br>   v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation; FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation, <br><br>   Defendants. | Case No. 3:21-cv-01279-JSC <br><br> **NBME'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  March 31, 2021          **PERKINS COIE LLP**


                                By:/s/Maria A. Nugent
                                    Maria A. Nugent

                                Attorneys for Defendant
                                NATIONAL BOARD OF MEDICAL EXAMINERS