Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR.<br><br>Plaintiff(s),<br><br>v.<br><br>National Board of Medical Examiners<br><br>Defendant(s). | Case No: 3:21-cv-01279<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Robert A. Burgoyne, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: National Board of Medical Examiners in the above-entitled action. My local co-counsel in this case is Maria A. Nugent, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
700 Thirteenth St., N.W., Ste. 800
Washington, D.C.  20005-3960

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204

MY TELEPHONE # OF RECORD:
(202) 654-6200

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 344-7000

MY EMAIL ADDRESS OF RECORD:
RBurgoyne@perkinscoie.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
MNugent@perkinscoie.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 366757.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/09/21

Robert A. Burgoyne
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robert A. Burgoyne is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                October 2012