1  Maria A. Nugent, Bar No. 306074
   MNugent@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, CA  94105-3204
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Attorneys for Defendants NBME and FSMB

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation; FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation, <br><br> Defendants. | Case No. 3:21-cv-01279-JSC <br><br> **FSMB'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 3, 2021              **PERKINS COIE LLP**

                                          By:/s/Maria A. Nugent
                                                 Maria A. Nugent

                                        Attorneys for Defendants NBME and FSMB