Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CORNELL WELLS, JR. )
                 ) Case No: 3:21-cv-01279
           Plaintiff(s), )
                 ) **APPLICATION FOR**
    v. ) **ADMISSION OF ATTORNEY**
                 ) **PRO HAC VICE**
National Board of Medical Examiners, ) (CIVIL LOCAL RULE 11-3)
  Federation of State Medical Boards, Inc. )
               Defendant(s). )
                  )

    I, Robert A. Burgoyne, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Federation of State Medical Boards, Inc. in the above-entitled action. My local co-counsel in this case is Maria A. Nugent, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| 700 Thirteenth St., N.W., Ste. 800<br>Washington, D.C. 20005-3960 | 505 Howard Street, Suite 1000<br>San Francisco, CA 94105-3204 |
| MY TELEPHONE # OF RECORD:<br>(202) 654-6200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 344-7000 |
| MY EMAIL ADDRESS OF RECORD:<br>RBurgoyne@perkinscoie.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>MNugent@perkinscoie.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 366757.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/04/21

                                   Robert A. Burgoyne
                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Robert A. Burgoyne is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                            UNITED STATES DISTRICT/MAGISTRATE JUDGE