Torryn Taylor Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Robert A. Burgoyne (admitted *pro hac vice*)
RBurgoyne@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile:  202.654.6211

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL EXAMINERS,
and FEDERATION OF STATE MEDICAL BOARDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation, FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation,<br><br>  Defendants. | Case No. 3:21-cv-01279-JSC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS NATIONAL BOARD OF MEDICAL EXAMINERS AND FEDERATION OF STATE MEDICAL BOARDS, INC.**<br><br>Judge:   Hon. Jacqueline Scott Corley |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Notice is hereby given that, subject to the approval by the Court, Defendants National Board of Medical Examiners and Federation of State Medical Boards, Inc. substitutes Torryn Taylor Rodgers, Bar No. 319126 as counsel of record in place of Maria A. Nugent. Contact information for new counsel is as follows:

```
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:    415.344.7000
E-Mail:       TRodgers@perkinscoie.com
```

DATED: June 3, 2021                              **PERKINS COIE LLP**

By: /s/ Torryn Taylor Rodgers
    Torryn Taylor Rodgers
    Robert A. Burgoyne

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL EXAMINERS, and FEDERATION OF STATE MEDICAL BOARDS, INC.