IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORNELL WELLS, JR.,**<br><br>      Plaintiff,<br><br>v.<br><br>**NATIONAL BOARD OF MEDICAL EXAMINERS; FEDERATION OF STATE MEDICAL BOARDS,**<br><br>      Defendants. | CIVIL CASE NO. 3:21-cv-01279-JSC<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES; DECLARATORY AND INJUNCTIVE RELIEF; AND DEMAND FOR TRIAL BY JURY**<br><br>Date: November 18, 2021<br><br>Time: 9:00 a.m.<br><br>Location: Videoconference |

**TO ALL PARTIES AND THEIR COUNSEL:**

AND NOW, on this _____ day of _____, 2021, upon consideration of the papers filed in support of and in opposition to Plaintiff's Motion for Leave to File First Amended Complaint for Damages; Declaratory and Injunctive Relief; and Demand for Trial By Jury, and any oral argument offered by counsel, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT

_____
HON. JACQUELINE SCOTT CORLEY,
Mag. Judge of the U.S. Dist. Court
Northern District of California
