1  Aaron J. Ver, Bar No. 295409
   AVer@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, California 94105
   Telephone: 415.344.7000
4
   Robert A. Burgoyne (admitted *pro hac vice*)
5  RBurgoyne@perkinscoie.com
   PERKINS COIE LLP
6  700 Thirteenth Street, N.W., Suite 800
   Washington, D.C. 20005-3960
7  Telephone: 202.654.6200

8
   Attorneys for Defendants
9  NATIONAL BOARD OF MEDICAL EXAMINERS,
   and FEDERATION OF STATE MEDICAL BOARDS, INC.
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12

13

14  | CORNELL WELLS, JR., | Case No. 3:21-cv-01279-JSC |
    |---|---|
    | Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS NATIONAL BOARD OF MEDICAL EXAMINERS AND FEDERATION OF STATE MEDICAL BOARDS, INC.** |
    | v. | |
    | NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation, FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation, | Judge:   Hon. Jacqueline Scott Corley |
    | Defendants. | |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  Notice is hereby given that, subject to the approval by the Court, Defendants National Board of Medical Examiners and Federation of State Medical Boards, Inc. substitutes Aaron J. Ver, California Bar No. 295409 as counsel of record in place of Torryn Taylor Rodgers.  Contact information for new counsel is as follows:

```
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:    415.344.7000
E-Mail:       AVer@perkinscoie.com
```

DATED:  November 8, 2021            **PERKINS COIE LLP**


By: */s/Aaron J. Ver*
    Aaron J. Ver
    Robert A. Burgoyne

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL
EXAMINERS, and FEDERATION OF
STATE MEDICAL BOARDS, INC.