UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01279-JSC<br><br>**AMENDED ORDER RE MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 15 |

Now pending before the Court is Plaintiff Wells' motion for leave to file first amended complaint. For the reasons discussed on the record at oral argument on November 18, 2021, the motion for leave to file first amended complaint is denied without prejudice. As discussed at the hearing, Plaintiff shall file an amended complaint within two weeks of this order, December 2, 2021. Defendants need not respond to Plaintiff's amended complaint until further order of the Court. The Court will hold a further Case Management Conference on January 20, 2022 by Zoom video. An updated joint case management conference statement is due seven days in advance.

This Order disposes of Docket No. 15.

**IT IS SO ORDERED.**

Dated: November 18, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge