UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01279-JSC<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**<br><br>Re: Dkt. No. 51 |

Pursuant to the Court's order of November 18, 2021, (Dkt. No. 50), Plaintiff has filed an amended complaint. The amended complaint does not include class allegations. (Dkt. No. 51.) In light of Defendants' representation that they do not oppose leave to amend to update allegations relating to Plaintiff's personal situation, (Dkt. No. 44 at 2 n.1; Dkt. No. 44-1), Defendants shall respond to the amended complaint on or before **January 7, 2022**.

**IT IS SO ORDERED.**

Dated: December 9, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge