UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNELL WELLS, JR.                    ,

Plaintiff(s),

v.

National Board of Medical Examiners,
Federation of State Medical Boards, Inc.
Defendant(s).

Case No. 3:21-cv-01279

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Caroline Mew                    , an active member in good standing of the bar of

District of Columbia                    , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: all Defendants                    in the

above-entitled action. My local co-counsel in this case is Aaron J. Ver                    , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 295409                    .

| 700 Thirteenth Street N.W., Ste. 800<br>Washington, D.C.  20005-3960 | 505 Howard Street, Suite 1000<br>San Francisco, CA  94105 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 654-6200 | (415) 344-7000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| CMew@perkinscoie.com | AVer@perkinscoie.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 467354                    .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0                    times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: __March 3, 2022_____              __Caroline Mew_____

5                                                        APPLICANT

6    ═══════════════════════════════════════════════════════════════

7

8                          ORDER GRANTING APPLICATION

9                     FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Caroline Mew_____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____

16

17                          _____

18                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California