UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNELL WELLS, JR.               ,

Plaintiff(s),

v.

National Board of Medical Examiners,
Federation of State Medical Boards, Inc.
Defendant(s).

Case No. 3:21-cv-01279

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Caroline Mew              , an active member in good standing of the bar of

District of Columbia              , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: all Defendants              in the

above-entitled action. My local co-counsel in this case is Aaron J. Ver              , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 295409              .

| | |
|---|---|
| 700 Thirteenth Street N.W., Ste. 800<br>Washington, D.C.  20005-3960 | 505 Howard Street, Suite 1000<br>San Francisco, CA  94105 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 654-6200 | (415) 344-7000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| CMew@perkinscoie.com | AVer@perkinscoie.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 467354              .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months

preceding this application.

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

1      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: March 3, 2022                           Caroline Mew
                                          APPLICANT

5

6

7

8                            ORDER GRANTING APPLICATION

9                     FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11      IT IS HEREBY ORDERED THAT the application of  Caroline Mew  is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:  March 3, 2022

16

17  _____

18  UNITED ST[ATES]  JUDGE



19

20

21

22

23

24

25

26

27

28