UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,<br><br>    Defendants. | Case No. 21-cv-01279-JSC<br><br>**ORDER RE: MEDICAL RECORDS DISPUTE**<br><br>Re: Dkt. No. 61 |

Now pending before the Court is a discovery dispute joint letter regarding Defendants' request for the medical records that nurse practitioner Gerald Baltz reviewed before submitting a letter in support of Plaintiff's request for testing accommodations for his ADHD. (Dkt. No. 61.) Plaintiff contends he has certain physical health conditions that are irrelevant to this action and his requests for accommodation; he thus seeks to withhold those records from disclosure to Defendants.

While the Court understands why Defendants wish to review all of the records Mr. Baltz reviewed, the process the parties helpfully agreed to as to the other medical practitioners sufficiently addresses Defendants' concerns. Furthermore, if after reviewing the produced records and deposing Mr. Baltz Defendants have reason to believe that the undisclosed records are somehow relevant to Plaintiff's claims and/or Mr. Baltz's opinion, the Court can revisit that process and then order a further deposition if necessary. And, as stated before, in the meantime the Court can review redacted records *in camera* if Defendants are concerned about redactions.

The case management conference scheduled for March 10, 2022, is continued to April 7, 2022, given the parties' representation that if the matter is not resolved by April 1, 2022 they are agreeable to referral for a magistrate judge settlement conference. In the meantime, the Court

expects Plaintiff to have complied with Defendants' discovery requests.  No updated case management conference statement is required; however, the parties should expect to update the Court orally on the status of discovery and preferred alternative dispute resolution.

This Order disposes of Docket No. 61.

**IT IS SO ORDERED.**

Dated: March 7, 2022

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge