UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS,<br><br>            Plaintiff,<br><br>   v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,<br><br>            Defendants. | Case No. 21-cv-01279-JSC   (SK)<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 67 |

This matter has been referred to the undersigned to conduct a settlement conference. On April 12, 2022, the Court scheduled a video scheduling conference for April 20, 2022, at 9:00 a.m. Counsel for Plaintiff failed to appear. Therefore, the Court HEREBY ORDERS counsel for Plaintiff to show cause why he should not personally be sanctioned in the amount of $250 for failing to appear. Counsel shall respond to this Order to Show Cause in writing by no later than April 29, 2022.

**IT IS SO ORDERED**.

Dated: April 20, 2022

_____
SALLIE KIM
United States Magistrate Judge