ERIC G. YOUNG, ESQ. (SBN 190104)
**YOUNG LAW GROUP**
411 Russell Avenue, Second Floor
Santa Rosa, California 95403
Tel.: 707.527.3637
Fax: 707.520.7272
Email: eyoung@younglawca.com

Attorneys for Plaintiff
CORNELL WELLS, JR.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR.,<br><br>    Plaintiff,<br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS; FEDERATION OF STATE MEDICAL BOARDS,<br><br>    Defendants. | **CIVIL CASE NO. 3:21-cv-01279-JSC**<br><br>**RESPONSE TO ORDER TO SHOW CAUSE [DOC 69]**<br><br><br>Date: April 20, 2022<br>Time: 9:00 a.m.<br>Location: Videoconference |

TO THE COURT AND COUNSEL OF RECORD:

On behalf of Plaintiff CORNELL WELLS, JR., I respectfully submit this Response to Order to Show Cause ("OSC") regarding my failure to appear at a Scheduling Conference this morning at 9:00 a.m.

On today's date, I submitted a Declaration of Eric G. Young Regarding Non-Appearance at Settlement Conference Scheduling Hearing ("Declaration"), which sets forth the circumstances regarding my nonappearance. I was preparing the Declaration when the Court issued this OSC. Therefore, I incorporate the explanation set forth in my Declaration as part of this Response as if set forth in full herein.

_____
RESPONSE TO ORDER TO SHOW CAUSE - 1



As I stated in my Declaration, if the Court deems it appropriate, I am prepared to pay sanctions due to my regrettable failure to appear. I accept full responsibility.

Date: April 20, 2022                                  **YOUNG LAW GROUP**

By:   */s/Eric G> Young, Esq.*
     ERIC G. YOUNG, ESQ., Attorneys
     for Plaintiff CORNELL WELLS, JR.



---
RESPONSE TO ORDER TO SHOW CAUSE - 2

## CERTIFICATE OF SERVICE

## *Wells Jr. v. National Board of Medical Examiners, et al.*

## USDC-ND, Oakland Division, Case No. 3:21-cv-01279-JSC

At the time of service, I was over 18 years of age and not a party to this action. My business address is 411 Russell Avenue, Santa Rosa, CA 95403. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 20, 2020, I served the following identified document(s):

**RESPONSE TO ORDER TO SHOW CAUSE**

I served the document(s) on all interested parties as follows:

| Name of Party/Counsel Served: | Attorney For: |
|---|---|
| Aaron J. Ver<br>Robert Burgoyne<br>Perkins Coie LLP<br>505 Howard Street, Ste. 1000<br>San Francisco, CA 94105<br>Tel: 415-344-7000<br>AVer@perkinscoie.com<br>RBurgoyne@perkinscoie.com | Attorneys for National Board of Medical Examiners, and Federation of State Medical Boards, Inc. |

I served the above-named documents as follows:

_____**BY FACSIMILE TRANSMISSION** - pursuant to agreement of the parties, from fax number (707) 289-8059 to the fax number(s) set forth above. The facsimile machine I used complied with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.306(h)(4), I caused the machine to print a transmission record, a copy of which is attached.

_____**BY MAIL** -

_____By personally depositing the documents in a sealed envelope addressed as set forth above with the U.S. Postal Service, postage fully prepaid, sent by regular mail and certified mail, return receipt requested

_____By placing documents enclosed in a sealed envelope addressed as set forth above for collection and mailing. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. In the ordinary course of my firm's business, correspondence is deposited with U.S. postal service on the same day it is placed for collection, postage fully prepaid.

_____**BY PERSONAL SERVICE** - by delivering a copy of the document(s) by hand to the addressee.

_____**BY EXPRESS SERVICE** - by depositing in a box or other facility regularly maintained by the express service carrier or delivering to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with

_____
RESPONSE TO ORDER TO SHOW CAUSE - 3



delivery fees paid or provided for, addressed to the person on whom it is to be served.

__X_____ **BY ELECTRONIC TRANSMISSION** - pursuant to agreement of the parties, or by Court order, transmitting a PDF version of the document(s) by electronic mail to the party(ies) identified above using the e-mail address(es) indicated.

_____**BY ELECTRONIC TRANSMISSION ONLY DURING CORONAVIRUS/COVID-19 PANDEMIC** – The document(s) were emailed to the persons at email addresses listed based on notice previously provided that, during the Coronavirus (COVID-19) pandemic, this office will be primarily working remotely, unable to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

_____I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X____I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 20, 2022                                **YOUNG LAW GROUP**

                                                    /s/*Eric G. Young*_____
                                                    Eric G. Young



RESPONSE TO ORDER TO SHOW CAUSE - 4