UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, | Case No.  21-cv-01279-JSC |
| Plaintiff, | |
| v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | |
| Defendants. | |

Following the case management conference held on June 2, 2022, the pretrial schedule (Dkt. No. 60), is modified as follows:

| | |
|---|---|
| Magistrate Judge Settlement Conference: | September 20, 2022 |
| Fact Discovery Cut-Off: | September 30, 2022 |
| Expert Witness Disclosures: | October 31, 2022 |
| Rebuttal Expert Witness Disclosures: | November 30, 2022 |
| Expert Discovery Cut-Off: | December 30, 2022 |
| Deadline to File Dispositive Motions: | January 31, 2023 |
| Oppositions: | February 28, 2023 |
| Replies: | March 15, 2023 |
| Hearing: | April 21, 2023 |
| Pre-Trial Conference: | June 15, 2023 |
| Jury Trial: | June 26, 2023 |

The Court will hold a further case management conference on July 13, 2022 at 1:30 p.m. via Zoom video.  The Court will be especially interested in the scheduled dates for depositions that need to occur in advance of the September settlement conference.  An updated joint case

management conference statement should be filed by July 7, 2022.

**IT IS SO ORDERED.**

Dated: June 2, 2022

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California