UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-01279-JSC<br><br>**ORDER FOLLOWING JULY 13, 2022 CASE MANAGEMENT CONFERENCE** |

　　　As discussed at the further case management conference on July 13, 2022:

　　　1.　By Thursday, July 14, 2022, Defendants shall provide Plaintiff with Catharine Farmer's contact information.

　　　2.　By Friday, July 15, 2022, Defendants shall provide Plaintiff with a draft remote deposition protocol.

　　　3.　By Friday, July 15, 2022, Plaintiff shall provide his IT consultant with access to the two laptops.

　　　4.　By Friday, July 15, 2022, Plaintiff shall produce his tax returns to Defendants.

　　　5.　By Friday, July 15, 2022, Defendants shall provide Plaintiff with the proposed email search terms.

　　　6.　By July 20, 2022, Defendants shall provide Plaintiff with whatever third-party discovery Defendants have received that has not yet been produced to Plaintiff.

　　　7.　On or before July 20, 2022, the parties shall file a joint submission that provides the specific dates of each deposition occurring before the September settlement conference.

　　　The Court will hold a further case management conference with the parties on August 11, 2022 at 1:30 p.m. via Zoom video. An updated statement that addresses the status of discovery

(nothing more need be addressed) shall be filed on or before August 9, 2022.

**IT IS SO ORDERED.**

Dated: July 13, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge

2