Aaron Joseph Ver, Bar No. 295409
Aver@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Robert A. Burgoyne (admitted *pro hac vice*)
RBurgoyne@perkinscoie.com
Caroline M. Mew (admitted *pro hac vice*)
CMew@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile:  202.654.6211

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL EXAMINERS,
and FEDERATION OF STATE MEDICAL BOARDS, INC.

Eric G. Young, Bar No. 190104
eyoung@younglawca.com
YOUNG LAW GROUP
411 Russell Avenue, Second Floor
Santa Rosa, California 95403
Telephone:  707.527.3637
Facsimile:  707.289.8059

Attorneys for Plaintiff
CORNELL WELLS, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR.,<br><br>             Plaintiff,<br><br>     v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation, FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation,<br><br>             Defendants. | Case No. 3:21-cv-01279-JSC<br><br>**JOINT REPORT ON DEPOSITION SCHEDULING** |

Pursuant to the Court's July 13, 2022 Order Following July 13, 2022 Case Management Conference, the parties have identified the following deposition dates:

Dr. George Litchford - August 19, 2022

Dr. Kevin Murphy - August 31, 2022

Dr. Cornell Wells - September 1, 2022

Dr. Annette Swain - August 24, 2022

NBME offered plaintiff three dates for Dr. McGeehan's deposition, but those dates did not work for plaintiff. The parties will continue to work to finalize a date for Dr. McGeehan's deposition.

Regarding deposition scheduling, plaintiff's counsel set aside nine dates of availability to facilitate scheduling all of the depositions: August 17, 18, 19, 24, 25, 26, 31, September 1, and September 2. Unfortunately, counsel could not agree on a date for Dr. McGeehan. None of the dates worked for scheduling Dr. McGeehan's deposition.

Plaintiff also intends to take the deposition of Catherine Farmer, Psy.D., who was the Director of Disability Services for NBME. Plaintiff's counsel understands through meet and confer with counsel for NBME that Ms. Farmer is no longer employed by NBME. Defendants' Initial Disclosures dated May 3, 2021 indicated that Dr. Farmer could be contacted through counsel. However, defense counsel has subsequently provided last known contact information for Ms. Farmer so that plaintiff's counsel can issue a subpoena directly to Dr. Farmer. Plaintiff's counsel will issue a subpoena forthwith and continue to work with defense counsel to schedule all remaining depositions.

DATED: July 20, 2022                                **PERKINS COIE LLP**

By   /s/ Caroline M. Mew
     Caroline M. Mew

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL
EXAMINERS, and FEDERATION OF
STATE MEDICAL BOARDS, INC.

-3-

| | | |
|---|---|---|
| 1 | DATED:  July 20, 2022 | **YOUNG LAW GROUP** |
| 2 | | |
| 3 | | By     /s/ Eric G. Young |
| | |      Eric G. Young |
| 4 | | |
| 5 | | Attorneys for Plaintiff |
| | | CORNELL WELLS, JR. |

Case 3:21-cv-01279-JSC   Document 83   Filed 07/21/22   Page 4 of 6

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Joint Report on Deposition Scheduling on the following:

Eric G. Young
YOUNG LAW GROUP
411 Russell Avenue, Second Floor
Santa Rosa, California 95403

To be sent by the following indicated method or methods, on the date set forth below:

[X] by **sending via the court's electronic filing system**
[ ] by **email**
[ ] by **mail**
[ ] by **hand delivery**

DATED:  July 20, 2022

**PERKINS COIE LLP**

By: */s/Caroline M. Mew*
Caroline M. Mew, Bar No. 467354
CMew@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile:  +1.202.654.6211
PAGE  4-

Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Phone: +1.202.654.6200
Fax: +1.202.654.6211

# CERTIFICATE OF SERVICE

### *Wells Jr. v. National Board of Medical Examiners, et al.*

### USDC-ND, Oakland Division, Case No. 3:21-cv-01279-JSC

At the time of service, I was over 18 years of age and not a party to this action. My business address is 411 Russell Avenue, Santa Rosa, CA 95403. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 21, 2022, I served the following identified document(s):

**JOINT REPORT ON DEPOSITION SCHEDULING**

I served the document(s) on all interested parties as follows:

| Name of Party/Counsel Served: | Attorney For: |
|---|---|
| Aaron J. Ver<br>Caroline Mew<br>Robert Burgoyne<br>Perkins Coie LLP<br>505 Howard Street, Ste. 1000<br>San Francisco, CA 94105<br>Tel: 415-344-7000<br>AVer@perkinscoie.com<br>CMew@perkinscoie.com<br>RBurgoyne@perkinscoie.com | Attorneys for National Board of Medical Examiners, and Federation of State Medical Boards, Inc. |

I served the above-named documents as follows:

_____**BY FACSIMILE TRANSMISSION** - pursuant to agreement of the parties, from fax number (707) 289-8059 to the fax number(s) set forth above. The facsimile machine I used complied with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.306(h)(4), I caused the machine to print a transmission record, a copy of which is attached.

_____**BY MAIL** -

_____By personally depositing the documents in a sealed envelope addressed as set forth above with the U.S. Postal Service, postage fully prepaid, sent by regular mail and certified mail, return receipt requested

X     By placing documents enclosed in a sealed envelope addressed as set forth above for collection and mailing. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. In the ordinary course of my firm's business, correspondence is deposited with U.S. postal service on the same day it is placed for collection, postage fully prepaid.

_____**BY PERSONAL SERVICE** - by delivering a copy of the document(s) by hand to the addressee.

_____**BY EXPRESS SERVICE** - by depositing in a box or other facility regularly maintained by the

_____
PLEADING - 1



express service carrier or delivering to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

__X_____**BY ELECTRONIC TRANSMISSION** - pursuant to agreement of the parties, or by Court order, transmitting a PDF version of the document(s) by electronic mail to the party(ies) identified above using the e-mail address(es) indicated.

_____**BY ELECTRONIC TRANSMISSION ONLY DURING CORONAVIRUS/COVID-19 PANDEMIC** – The document(s) were emailed to the persons at email addresses listed based on notice previously provided that, during the Coronavirus (COVID-19) pandemic, this office will be primarily working remotely, unable to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

_____I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X____I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 21, 2022                                **YOUNG LAW GROUP**

                                                   /s/*Eric G. Young*_____
                                                   Eric G. Young

_____
PLEADING - 2