ERIC G. YOUNG, ESQ. (SBN 190104)
**YOUNG LAW GROUP**
411 Russell Avenue
Santa Rosa, California 95403
Tel.:  707.527.3637
Fax:  707.520.7272
Email Correspondence: eyoung@younglawca.com
For Service of Papers:   service@younglawca.com

Attorneys for Plaintiff
CORNELL WELLS, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELL WELLS, JR.<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS; FEDERATION OF STATE MEDICAL BOARDS<br><br>    Defendants. | CASE NO.: 21-cv-01279 JSC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Date: 9/29/2022<br>Time: 9:00 a.m.<br>Location: Videoconference<br>Judge: The Hon. Jacqueline Scott Corley |

The motion of Eric G. Young of Young Law Group for leave to withdraw as counsel for Plaintiff, which was filed on August 23, 2022, is hereby **GRANTED**.

It is further ordered that Plaintiff CORNELL WELLS, JR. obtain new counsel by **October 31, 2022**. If no notice of appearance is filed by October 31, 2022, Plaintiff will be deemed a pro se litigant.

Mr. Young will be relieved when new counsel files a notice of appearance or on October 31, 2022, whichever is first. Mr. Young shall continue to accept service of any papers, including but not limited to orders of this Court ,until that time, and he shall

_____
[PROPOSED] ORDER ON MOTION TO WITHDRAW AS COUNSEL - 1



promptly forward such papers to Plaintiff. Mr. Young shall immediately serve Plaintiff with a copy of this Order by electronic service and file a proof of service thereafter. Mr. Young is further ordered to file under seal Plaintiff's address, phone number, and email address by October 31, 2022.

The Court vacates the current scheduling order, DOC 79, filed on June 2, 2022. The Court also vacates the Magistrate Settlement Conference currently set for September 20, 2022 at 9:30 a.m. before Magistrate Judge Sallie Kim. At a later date, the Court will reset the matter for a Case Management Conference/Status Conference after October 31, 2022.

**IT IS SO ORDERED.**

Date: _____         _____
                                       HON. JACQUELINE SCOTT CORLEY,
                                       United States District Judge



_____
[PROPOSED] ORDER ON MOTION TO WITHDRAW AS COUNSEL - 2