Aaron Joseph Ver, Bar No. 295409
Aver@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Robert A. Burgoyne (admitted *pro hac vice*)
RBurgoyne@perkinscoie.com
Caroline M. Mew (admitted *pro hac vice*)
CMew@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile:  202.654.6211

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL EXAMINERS
and FEDERATION OF STATE MEDICAL BOARDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation, FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation,<br><br>　　　　Defendants. | Case No. 3:21-cv-01279-JSC<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW**<br><br>Date:　　September 29, 2022<br>Time:　　9:00 a.m.<br>Judge:　　Hon. Jacqueline Scott Corley |

　　　　Pursuant to Local Rules 7 and 11-5, Defendants National Board of Medical Examiners and Federation of State Medical Boards (collectively, "Defendants") state that they do not oppose the motion by Eric Young and the Young Law Group to withdraw as counsel for Plaintiff in this matter (*see* Dkt. No. 89), based on Defendants' understanding that discovery and other pre-trial

-2-

deadlines will be adjusted as needed if this matter goes forward and the settlement conference currently scheduled for September 20, 2022, before Judge Kim will be vacated and, if appropriate, rescheduled for a later date.

DATED:  August 29, 2022                              Respectfully submitted,

**PERKINS COIE LLP**

By    /s/ Robert A. Burgoyne
    Aaron J. Ver
    Robert A. Burgoyne
    Caroline M. Mew

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL
EXAMINERS, and FEDERATION OF
STATE MEDICAL BOARDS, INC.