Aaron Joseph Ver, Bar No. 295409
Aver@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Robert A. Burgoyne (admitted *pro hac vice*)
RBurgoyne@perkinscoie.com
Caroline M. Mew (admitted *pro hac vice*)
CMew@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL EXAMINERS,
and FEDERATION OF STATE MEDICAL BOARDS, INC.

Eric G. Young, Bar No. 190104
eyoung@younglawca.com
YOUNG LAW GROUP
411 Russell Avenue, Second Floor
Santa Rosa, California 95403
Telephone: 707.527.3637
Facsimile: 707.289.8059

Attorneys for Plaintiff
CORNELL WELLS, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation, FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation,<br><br>Defendants. | Case No. 3:21-cv-01279-JSC<br><br>**JOINT MOTION TO VACATE SETTLEMENT CONFERENCE**<br><br>Date:   October 13, 2022<br>Time:   9:00 a.m.<br>Judge:  Hon. Jacqueline Scott Corley |

1  PLEASE TAKE NOTICE that, on October 13, 2022 or as soon thereafter as the matter
2  may be heard, Plaintiff Cornell Wells, Jr. ("Dr. Wells") and Defendants National Board of
3  Medical Examiners ("NBME") and Federation of State Medical Board ("FSMB") (collectively,
4  the "parties") will respectfully move to vacate the settlement conference currently scheduled in
5  this matter for September 20, 2022 -- assuming this motion has not already been decided by the
6  Court.

7  In support of this motion, the parties state that on August 23, 2022, Eric Young, counsel
8  for Dr. Wells, filed a motion to withdraw, explaining that "a substantial and irremediable
9  breakdown has occurred in the attorney-client relationship with Plaintiff, which cannot be cured,
10 such that withdrawal is the only reasonable course of action."  (Dkt. 89 at 2).  Defendants NBME
11 and FSMB have filed a statement of non-opposition to the motion to withdraw.  (Dkt. 91).

12 The Court has not yet ruled on Mr. Young's motion to withdraw, which is scheduled to be
13 heard by the Court on September 29, 2022.  The Court has vacated a Case Management
14 Conference because of the motion to withdraw, however, and the parties have suspended their
15 discovery efforts pending resolution of the motion to withdraw.

16 The parties seek to postpone any settlement conference until after the Court has ruled on
17 Mr. Young's motion, new counsel has been retained (assuming the Court grants the motion to
18 withdraw as counsel and that Dr. Wells then obtains new counsel), and the pretrial deadlines have
19 been re-set.

20 Wherefore, the parties respectfully request that the Court vacate or continue the settlement
21 conference currently scheduled for September 20, 2022 at 9:30 a.m., and adjourn all related
22 deadlines for submissions to the Magistrate Judge and/or exchanges between the parties.

-2-

1  DATED:  September 7, 2022            Respectfully submitted,

2

3                                        **PERKINS COIE LLP**

4

5                                        By   /s/ Robert A. Burgoyne
                                             Aaron J. Ver
6                                            Robert A. Burgoyne
                                             Caroline M. Mew
7
                                         Attorneys for Defendants
8                                        NATIONAL BOARD OF MEDICAL
                                         EXAMINERS, and FEDERATION OF
9                                        STATE MEDICAL BOARDS, INC.

10  DATED:  September 7, 2022            **YOUNG LAW GROUP**

11

12                                       By   /s/ Eric G. Young
                                             Eric G. Young
13
                                         Attorneys for Plaintiff
14                                       CORNELL WELLS, JR.

15

16

17

18

19

20

21

22

23

24

25

26

27

28