1  Aaron Joseph Ver, Bar No. 295409
   Aver@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, California 94105
   Telephone: 415.344.7000
4  Facsimile:  415.344.7050

5  Robert A. Burgoyne (admitted *pro hac vice*)
   RBurgoyne@perkinscoie.com
6  Caroline M. Mew (admitted *pro hac vice*)
   CMew@perkinscoie.com
7  PERKINS COIE LLP
   700 Thirteenth Street, N.W., Suite 800
8  Washington, D.C. 20005-3960
   Telephone: 202.654.6200
9  Facsimile:  202.654.6211

10 Attorneys for Defendants
   NATIONAL BOARD OF MEDICAL EXAMINERS,
11 and FEDERATION OF STATE MEDICAL BOARDS, INC.

12 Eric G. Young, Bar No. 190104
   eyoung@younglawca.com
13 YOUNG LAW GROUP
   411 Russell Avenue, Second Floor
14 Santa Rosa, California 95403
   Telephone:  707.527.3637
15 Facsimile:  707.289.8059

16 Attorneys for Plaintiff
   CORNELL WELLS, JR.

17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR., | Case No. 3:21-cv-01279-JSC |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | Date:   October 13, 2022<br>Time:   9:00 a.m.<br>Judge:  Hon. Jacqueline Scott Corley |
| NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation, FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation, | |
| Defendants. | |

This matter is before the Court on the parties' joint motion to vacate the settlement

conference currently scheduled for September 20, 2022, at 9:30 a.m., and all related deadlines for submitting material to the Magistrate Judge and/or exchanging information between the parties, pending a ruling on the motion to withdraw filed by Eric Young, counsel for Plaintiff Dr. Wells. *See* Dkt. 89.

  For good cause shown, the motion is hereby GRANTED.  The settlement conference scheduled for September 20, 2022 at 9:30 a.m., and all attendant deadlines for statements in advance of the conference or other actions by the parties, is VACATED.

  SO ORDERED.

  Dated:  September ___, 2022

            _____
            Hon. Jacqueline Scott Corley
            United States District Judge