Aaron Joseph Ver, Bar No. 295409
Aver@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Robert A. Burgoyne (admitted *pro hac vice*)
RBurgoyne@perkinscoie.com
Caroline M. Mew (admitted *pro hac vice*)
CMew@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL EXAMINERS,
and FEDERATION OF STATE MEDICAL BOARDS, INC.

Eric G. Young, Bar No. 190104
eyoung@younglawca.com
YOUNG LAW GROUP
411 Russell Avenue, Second Floor
Santa Rosa, California 95403
Telephone: 707.527.3637
Facsimile: 707.289.8059

Attorneys for Plaintiff
CORNELL WELLS, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation, FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation,<br><br>Defendants. | Case No. 3:21-cv-01279-JSC<br><br>[PROPOSED] ORDER<br><br>Date:   October 13, 2022<br>Time:   9:00 a.m.<br>Judge:  Hon. Jacqueline Scott Corley |

This matter is before the Court on the parties' joint motion to vacate the settlement

-2-

1  conference currently scheduled for September 20, 2022, at 9:30 a.m., and all related deadlines for
2  submitting material to the Magistrate Judge and/or exchanging information between the parties,
3  pending a ruling on the motion to withdraw filed by Eric Young, counsel for Plaintiff Dr. Wells.
4  *See* Dkt. 89.
5      For good cause shown, the motion is hereby GRANTED.  The settlement conference
6  scheduled for September 20, 2022 at 9:30 a.m., and all attendant deadlines for statements in
7  advance of the conference or other actions by the parties, is VACATED.
8      SO ORDERED.
9      Dated:  September  9 , 2022

_____
Hon. Jacqueline Scott Corley
United States District Judge

-2-

157832950.1

3:21-CV-01279-JSC-SK
~~PROPOSED~~ ORDER