UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,<br><br>    Defendants. | Case No. 21-cv-01279-JSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 89 |

Before the Court is Eric G. Young's motion to withdraw as Plaintiff's counsel. (Dkt. No. 89.)[1]

Without revealing privileged details to the Court, Mr. Young has shown good cause to withdraw under California Rules of Professional Conduct 1.16(b)(1) (client "insists upon presenting a claim or defense in litigation, or asserting a position or making a demand in a non-litigation matter, that is not warranted under existing law and cannot be supported by good faith argument for an extension, modification, or reversal of existing law") and 1.16(b)(4) (client "renders it unreasonably difficult for the lawyer to carry out the representation effectively"). *See* N.D. Cal. Civ. L.R. 11-4(a)(1) (requiring attorneys practicing in this District to comply with California Rules of Professional Conduct), 11-5. The Court finds that Mr. Young's reasons for withdrawal are appropriate and that withdrawal will not prejudice any party or unreasonably delay resolution of the case. *See Atkins v. Bank of Am., N.A.*, No. 15–cv–00051–MEJ, 2015 WL 4150744, at *1 (N.D. Cal. July 9, 2015). Additionally, Defendants do not oppose the motion and Plaintiff has not made any objection to the Court. (Dkt. No. 91; *see* Dkt. No. 89 at 7.)

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

Mr. Young's motion is GRANTED. By September 16, 2022, Mr. Young shall serve a copy of this Order on Plaintiff, file proof of service, and file under seal a document containing Plaintiff's address, phone number, and email address.

**Plaintiff shall obtain new counsel by October 31, 2022, or he may proceed without a lawyer after that date.** Mr. Young will be relieved as counsel on October 31 or when Plaintiff's new counsel files a notice of appearance, if earlier than October 31. Until Mr. Young is relieved, he shall continue to accept service of papers on Plaintiff's behalf and forward them to Plaintiff. *See* N.D. Cal. Civ. L.R. 11-5(b).

The Court will hold a further case management conference on November 17, 2022 at 1:30 p.m. by Zoom video. A joint case management statement is due seven days in advance.

This Order disposes of Docket No. 89.

**IT IS SO ORDERED.**

Dated: September 13, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge