UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-01279-JSC<br><br>**ORDER REGARDING NOVEMBER 17, 2022 CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 96 |

By Order filed September 13, 2022, the Court permitted Plaintiff's counsel to withdraw. (Dkt. No. 94.)  That same Order scheduled a case management conference for November 17, 2022, with a joint case management conference statement due November 10, 2022.  As of the date of this Order, no new counsel has appeared on Plaintiff's behalf.  Plaintiff also did not contact Defendant to prepare a joint case management conference statement.  (Dkt. No. 96.)  Plaintiff is advised that if he wishes to continue to prosecute this action then he must appear via Zoom (**Meeting ID:** 161 366 1817/**Password:** 924619) for the case management conference on November 17, 2022 at 1:30 p.m.

Plaintiff's former counsel shall immediately forward this Order to Plaintiff.

**IT IS SO ORDERED.**

Dated: November 14, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge