# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 17, 2022  **Time:** 00:01  **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 21-cv-01279-JSC  **Case Name:** Wells v. National Board of Medical Examiners

**Pro Se Plaintiff:** No Appearance
**Attorney for Defendant:** Robert Burgoyne

**Deputy Clerk:** Ada Means  **Digital Recording Time:** 1:31-1:32

## PROCEEDINGS

Further case management conference held and recorded by Zoom videoconference. Dr. Wells did not appear this date. The Court will issue an Order to Show Cause why this action should not be dismissed for failure to prosecute.

**Order to be prepared by:**
[ ]    Plaintiff          [ ]    Defendant          [x]    Court