UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,<br><br>        Defendants. | Case No. 21-cv-01279-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |

Plaintiff filed this case, represented by counsel, on February 23, 2021. (Dkt. Nos. 1, 4.) On September 13, 2022, the Court permitted Plaintiff's counsel to withdraw. (Dkt. No. 94.) That same Order scheduled a case management conference for November 17, 2022, with a joint case management conference statement due November 10, 2022. Plaintiff did not contact Defendant to prepare a joint case management conference statement, (Dkt. No. 96), and no new counsel has appeared on Plaintiff's behalf. On November 14, 2022, the Court ordered Plaintiff to appear at the case management conference via Zoom if he wishes to continue to prosecute this action. (Dkt. No. 97.) Plaintiff did not appear at the November 17, 2022 case management conference.

Accordingly, Plaintiff is ordered to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41. Plaintiff shall submit a written response to this Order by **November 28, 2022** showing cause as to why this action should not be dismissed for failure to prosecute. Plaintiff shall appear to show cause on **December 1, 2022** at 1:30 p.m. by Zoom video.

Failure to comply with this order may result in dismissal of this action. *See* Fed. R. Civ. P. 41(b).

//

**IT IS SO ORDERED.**

Dated: November 17, 2022

JACQUELINE SCOTT CORLEY
United States District Judge