CORNELL WELLS, JR.
c/o Young Law Group
2544 Cleveland Avenue, Suite 210
Santa Rosa, CA 95403
Telephone: 707.343.0556
Facsimile: 707.327.4360
Email: cornellwells1122@gmail.com
Email: eyoung@younglawca.com

Plaintiff *Pro Se*

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CORNELL WELLS, JR., | CASE NO.: 3:21-cv-01279 |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |
| vs. | Date: 12/1/2022 |
| NATIONAL BOARD OF MEDICAL EXAMINERS; FEDERATION OF STATE MEDICAL BOARDS | Time: 1:30 p.m. Location: Zoom Videoconference |
| Defendants. | Assigned to: The Hon. Jacqueline Scott Corley |

I, CORNELL WELLS, declare:

1. I am over the age of 18 years, and I am the Plaintiff in this action. I am now representing myself in this action. If called upon, I could and would competently testify to the matters stated herein from my own personal knowledge, except for those matters which are stated on information and belief. As to those matters, I believe them to be true.

2. I am submitting this Response to the Court's Order to Show Cause dated November 17, 2022.

3. I apologize to the Court for my failure to appear at the CMC, which was also scheduled for November 17, 2022. Based on events that have transpired outside of Court between Mr. Young (who has continued at my request to assist me) and Mr. Burgoyne, I did not believe my appearance was still necessary on November 17, 2022. It was my understanding that Mr. Burgoyne would update the Court about the status of this matter, particularly about his ongoing discussions with Mr. Young that I believe were intended to bring this matter to a close. For that reason, I did not think I still needed to appear on November 17, 2022.

4. Due to issues of confidentiality, I regret I cannot provide any further details about the events that I refer to in paragraph 3, above. Doing so could frustrate the efforts of Mr. Young and Mr. Burgoyne. I am informed and believe that a further, forthcoming filing by the parties may address the Court's concerns. In the meantime, I apologize to the Court for my misunderstanding. It was not my intention to waste the Court's time or to give the false impression that I had abandoned this case. That is not the situation. I truly mistook the status of the case as it existed on November 17, 2022.

5. I am happy to appear on 12/1/2022 at 1:30 p.m. to answer any questions the Court may direct me to answer about this matter.

By: */s/Cornell Wells, Jr.*
CORNELL WELLS, JR., Plaintiff
*Pro Se*

## CERTIFICATE OF SERVICE

### *Wells Jr. v. National Board of Medical Examiners, et al.*

### USDC-ND, Oakland Division, Case No. 3:21-cv-01279-JSC

At the time of service, I was over 18 years of age and not a party to this action. My business address is 2544 Cleveland Avenue, Suite 210, Santa Rosa, CA 95403. I am either a member of the bar of this Court, or I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 28, 2022, I served the following identified document(s):

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

I served the document(s) on all interested parties as follows:

| Name of Party/Counsel Served: | Attorney For: |
|---|---|
| Aaron Ver<br>Robert Burgoyne<br>Perkins Coie LLP<br>505 Howard Street, Ste. 1000<br>San Francisco, CA 94105<br>Tel: 415-344-7000<br>AVer@perkinscoie.com<br>RBourgoyne@perkinscoie.com | Attorneys for National Board of Medical Examiners, and Federation of State Medical Boards, Inc. |

I served the above-named documents as follows:

_____**BY FACSIMILE TRANSMISSION** - pursuant to agreement of the parties, from fax number (707) 289-8059 to the fax number(s) set forth above. The facsimile machine I used complied with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.306(h)(4), I caused the machine to print a transmission record, a copy of which is attached.

_____**BY MAIL** -

_____By personally depositing the documents in a sealed envelope addressed as set forth above with the U.S. Postal Service, postage fully prepaid, sent by regular mail and certified mail, return receipt requested

By placing documents enclosed in a sealed envelope addressed as set forth above for collection and mailing. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. In the ordinary course of my firm's business, correspondence is deposited with U.S. postal service on the same day it is placed for collection, postage fully prepaid.

_____**BY PERSONAL SERVICE** - by delivering a copy of the document(s) by hand to the addressee.

---

PLAINTIFF'S RESPONSE TO OSC - 3

_____**BY EXPRESS SERVICE** - by depositing in a box or other facility regularly maintained by the express service carrier or delivering to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

\_\_X\_\_\_\_\_**BY ELECTRONIC TRANSMISSION** - pursuant to agreement of the parties, or by Court order, transmitting a PDF version of the document(s) by electronic mail to the party(ies) identified above using the e-mail address(es) indicated.

_____**BY ELECTRONIC TRANSMISSION ONLY DURING CORONAVIRUS/COVID-19 PANDEMIC** – The document(s) were emailed to the persons at email addresses listed based on notice previously provided that, during the Coronavirus (COVID-19) pandemic, this office will be primarily working remotely, unable to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

_____I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

\_\_X\_\_\_\_I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 28, 2022                    **YOUNG LAW OFFICE**


                                           */s/Eric G. Young* -----------------
                                           Eric G. Young