Aaron Joseph Ver, Bar No. 295409
Aver@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile:  415.344.7050

Robert A. Burgoyne (admitted *pro hac vice*)
RBurgoyne@perkinscoie.com
Caroline M. Mew (admitted *pro hac vice*)
CMew@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile:  202.654.6211

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL EXAMINERS,
and FEDERATION OF STATE MEDICAL BOARDS, INC.

Dr. Cornell Wells, Jr.
cornellwells1122@gmail.com
c/o Young Law Group
411 Russell Avenue, Second Floor
Santa Rosa, CA 95403
Telephone: 707.343.0556
Facsimile: 707.327.4360

Plaintiff (*pro se*)
CORNELL WELLS, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WELLS, JR.,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, a not-for-profit corporation, FEDERATION OF STATE MEDICAL BOARDS, INC., a not-for-profit corporation,<br><br>   Defendants. | Case No. 3:21-cv-01279-JSC<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge:    Hon. Jacqueline Scott Corley |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Cornell Wells, Jr., the National Board of Medical
2  Examiners, and the Federation of State Medical Boards, Inc. hereby jointly dismiss this action with
3  prejudice, with each party to bear its own costs and expenses except as otherwise agreed by the
4  parties in a separate writing, if any.

DATED: November 30, 2022

**PERKINS COIE LLP**

By: /s/ _____
    Caroline M. Mew
    Aaron J. Ver
    Robert A. Burgoyne
    Caroline M. Mew

Attorneys for Defendants
NATIONAL BOARD OF MEDICAL
EXAMINERS, and FEDERATION OF
STATE MEDICAL BOARDS, INC.

DATED: Nov 28, 2022

**DR. CORNELL WELLS, JR**

*Cornell Wells, Jr*
/s/ boxsign   4Y3LF884:8Z98VK1
Dr. Cornell Wells Jr.

Plaintiff (*pro se*)
CORNELL WELLS, JR.

-2-